UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY P. CONTERO, | ) | 1:05-CV-01012-AWI-DLB-HC |
| | ) | Appeal Number 06-15884 |
| Petitioner, | ) | |
| | ) | ORDER REQUIRING PETITIONER TO |
| v. | ) | SUBMIT COMPLETED APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS ON |
| | ) | APPEAL **OR** PAY APPEAL FILING FEE |
| JEANNE S. WOODFORD, | ) | |
| | ) | ORDER DIRECTING CLERK TO SERVE |
| Respondent. | ) | COPY OF THIS ORDER ON COURT OF |
| | ) | APPEALS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 27, 2006, Magistrate Judge Dennis L. Beck issued Findings and a Recommendation that the petition for writ of habeas corpus be denied. On April 12, 2006, District Judge Anthony W. Ishii adopted the Findings and Recommendation and denied the petition. Judgment was entered on April 12, 2006.

On April 20, 2006, Petitioner filed a notice of appeal, and on May 4, 2006, the certificate of record was transmitted to the Court of Appeals for the Ninth Circuit.

On April 26, 2006, Petitioner filed a motion for leave to proceed in forma pauperis on appeal. A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is

1  not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, Petitioner paid the filing fee and
2  did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled to
3  proceed in forma pauperis on appeal.
4        Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to
5  appeal in forma pauperis must file a motion in the district court and attach to that motion a
6  completed application to proceed in forma pauperis, along with the issues the party intends to present
7  on appeal. Petitioner's request, however, was not accompanied by the appropriate form application
8  to proceed in forma pauperis. See 28 U.S.C. 1914(a); 1915 (a).
9        The Court will provide Petitioner with the opportunity to submit either the appropriate
10 application and certified copy of Petitioner's prison trust account or the $455.00 filing fee.
11       Accordingly, the Court ORDERS that:
12       1.    The Clerk of the Court is DIRECTED to send Petitioner a form application to proceed
13 in forma pauperis;
14       2.    Petitioner is DIRECTED to submit either the completed application, accompanied by
15 a certified copy of Petitioner's prison trust account statement for the last six months, **or** the $455.00
16 filing fee, within twenty (20) days of the date of service of this order; and
17       3.    The Clerk of Court is DIRECTED to serve a copy of this order on the Court of
18 Appeals for the Ninth Circuit.
19
20
21     IT IS SO ORDERED.
22     **Dated:   May 17, 2006**              **/s/ Dennis L. Beck**
   ah0l4d                                UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28