UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY P. CONTERO,<br><br>    Petitioner,<br><br>  v.<br><br>JEANNE S. WOODFORD,<br><br>    Respondent. | 1:05-CV-01012-AWI-DLB-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL **OR** PAY APPEAL FILING FEE<br>(DOCUMENT #21) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 23, 2006, petitioner filed a notice to the court of his diligence in attempting to comply with the court's order which was filed on May 18, 2006. Petitioner explains that he is unable to meet the court's deadline due to circumstances beyond his control. The court hereby construes petitioner's notice as a request for an extension of time to comply with the court's order. Petitioner's shall be granted an extension of time in which to submit a completed application to proceed in forma pauperis on appeal, or in the alternative, to pay the $455.00    Accordingly, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to submit a completed application to proceed in forma pauperis on appeal, or in the alternative, to pay the $455.00 appeal fee.

IT IS SO ORDERED.

Dated:   July 12, 2006                    /s/ Dennis L. Beck
ah0l4d                                UNITED STATES MAGISTRATE JUDGE