# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY P. CONTERO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEANNE S. WOODFORD,<br><br>　　　　　Respondent.<br>_____/ | CV F   05-1012 AWI DLB HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR RECONSIDERATION AND DENYING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY AS UNNECESSARY<br><br>[Docs. 19, 22] |

　　　　On February 27, 2006, the Magistrate Judge issued Findings and Recommendations recommending that the instant petition filed pursuant to 28 U.S.C. § 2254, be denied. (Court Doc. 8.)  Petitioner filed objections on March 10, 2006.  (Court Doc. 9.)  On April 12, 2006, the undersigned adopted the Findings and Recommendations in full.  (Court Doc. 10.)

　　　　On April 20, 2006, Petitioner filed a notice of appeal.  On June 15, 2006, the Ninth Circuit Court of Appeals issued an order directing this Court to either grant or deny a certificate of appealability. (Court Doc. 18.)

　　　　On June 20, 2006, the undersigned denied Petitioner's request for a certificate of appealability.  (Court Doc. 19.)

　　　　On June 28, 2006, Petitioner filed a motion for reconsideration of the order denying his request for a certificate of appealability.  (Court Doc. 22.)  In his motion, Petitioner requests that the Court order the certificate of appealability unnecessary pursuant to the Ninth Circuit's opinions in Rosas v. Nielsen, 428 F.3d 1229 (9th Cir. 2005) and White v. Lambert, 370 F.3d 1002

(9th Cir. 2004).

Petitioner appears to be correct. In <u>Rosas v. Nielsen</u>, 428 F.3d 1229, 1231, the Ninth Circuit stated:

> A habeas petitioner must secure a certificate of appealability where 'the detention complained of arises out of process issued by a State court.' 28 U.S.C. § 2253(c)(1)(A). The Ninth Circuit construed this language in <u>White v. Lambert</u>, 370 F.3d 1002 (9th Cir. 2004), cert. denied, __ U.S. __, 125 S.Ct. 503, 160 L.Ed.2d 379 (2005), to hold that a certificate of appealability 'is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence.' <u>Id</u>. at 1010. Thus, the district court looks at who made 'the detention decision complained of by the state prisoner,' an administrative body or judicial one, in determining whether a certificate of appealability is required.' <u>Id</u>.

In this case, as explained in the Findings and Recommendations of February 27, 2006, Petitioner challenged the denial of worktime credits as a violation of the Equal Protection Clause. As such, Petitioner did not challenge the process issued by the State Court, but rather the California Department of Corrections decision to deny him worktime credits based on California law.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Petitioner's motion for reconsideration is GRANTED; and
2. The certificate of appealability is DENIED as UNNECESSARY, pursuant to Ninth Circuit authority; and
3. The Clerk of Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   July 29, 2006**                             /s/ Anthony W. Ishii
0m8i78                                                         UNITED STATES DISTRICT JUDGE